UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:
SABRINAS ATLANTIC WINDOW
CLEANING AND PRESSURE                      Case No.: 22-18568-SMG
CLEANING, LLC,                             Chapter 11 -Lead Case


RACHEL ANN EULER,                          Jointly administered
                                           Case No.: 22-18573-SMG
     Debtor.
_____/

## JOINT STATUS REPORT PURSUANT TO 11 U.S.C § 1188(c)

Sabrinas Atlantic Window Cleaning and Pressure Cleaning, LLC and Rachel Ann Euler ("Debtors" or "Joint Debtors"), file this Joint Status Report pursuant to 11 U.S.C § 1188(c) and states as follows:

1. On November 3, 2022, ("Petition Date"), the Debtors filed voluntary petitions under Subchapter V of Chapter 11.

2. An initial status conference has been scheduled for November 30, 2022, pursuant to 11 U.S.C § 1183(a).

3. The efforts that Debtors' counsel has undertaken to attain a consensual plan of reorganization include the following: (i) counsel has been in communication with Mark Hildreth, counsel for Atlantic Window Cleaning, Inc., who holds the only unliquidated unsecured claim in this case, and has requested the approximate or estimated claim amount allegedly owed in order to begin work on a consensual plan; (ii) counsel has initiated contact with the MCA entities Funding Metrics, LLC d/b/a Lendini and Fora Financial.

4. As a threshold matter in negotiating and attaining a consensual plan with its creditors, the Debtors require an estimation, approximation, or determination of any amounts allegedly owed to Atlantic Window Cleaning, Inc. in order to determine (i) whether the Debtors can propose plans that pay all creditors in full over the life of the plans, or if not, (ii) how much each creditor would receive on account of its pro rata share in the Debtors' projected disposable income.

5. Debtors' counsel will continue its communications with various creditors, including Atlantic Window Cleaning, Inc., to attempt to attain a consensual plan.

Dated: November 16, 2022                     Respectfully submitted,

*/s/ Jonathan M. Sykes*
Jonathan M. Sykes, Esquire
Florida Bar No.: 73176
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, Florida 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2680
E-mail: jsykes@nardellalaw.com
Secondary Email:  klynch@nardellalaw.com

*Proposed Counsel for the Debtors*