

**ORDERED in the Southern District of Florida on February 21, 2023.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| SABRINAS ATLANTIC WINDOW CLEANING AND PRESSURE CLEANING, LLC, | Case No. 22-18568-SMG (Jointly Administered) |
| RACHEL EULER, | Chapter 11 Subchapter V |
| Debtors. | |

_____/

## ORDER (I) SETTING HEARING ON CONFIRMATION OF SUBCHAPTER V PLAN; (II) SETTING HEARING ON FEE APPLICATIONS; (III) SETTING VARIOUS DEADLINES; AND (IV) DESCRIBING DEBTORS' OBLIGATIONS

On February 1, 2023, Sabrina's Atlantic Window Cleaning and Pressure Cleaning, LLC, and Rachel Euler (the "**Debtors**") filed a joint plan[1] (the "**Plan**"), as required by 11 U.S.C. § 1189. The Debtors have requested that the Court set a hearing to consider confirmation of the Plan ("**Confirmation Hearing**") and any timely-filed final fee applications, and to establish the deadlines and requirements relating to confirmation consistent with the requirements of the Bankruptcy Code,

_____
[1] ECF No. 55.

the Federal Rules of Bankruptcy Procedure, and Local Rules of this Court. Therefore, it is

**ORDERED**, and **NOTICE IS GIVEN**, that:

1.     **Confirmation Hearing.** The Court will conduct the Confirmation Hearing and consider approval of timely-filed fee applications, subject to the following deadlines and requirements, as follows:

**Date:**         **May 9, 2023**
**Time:**         **1:30 p.m.**
**Location:**   **U.S. Courthouse, 299 E. Broward Blvd., Courtroom 308, Fort Lauderdale, FL 33301**

The Confirmation Hearing may be continued to a future date by notice given in open court at the Confirmation Hearing.

2.     **Deadlines.** The following deadlines apply with respect to the Confirmation Hearing and hearing on fee applications:

| | |
|---|---|
| **Deadline for Serving this Order, Plan, and Ballots**[2] | **March 24, 2023** |
| **Deadline for Filing and Serving Fee Applications**[3] | **April 14, 2023** |
| **Deadline for Filing and Serving Notice Summarizing All Fee Applications**[4] | **April 18, 2023** |
| **Deadline for Filing Objections to Confirmation**[5] | **April 25, 2023** |
| **Deadline for Filing Ballots Accepting or Rejecting Plan**[6] | **April 25, 2023** |
| **Deadline to File Motions Under Fed. R. Civ. P. 43(a)**[7] | **May 7, 2023** |
| **Deadline for Filing Proponent's Report and Confirmation Affidavit**[8] | **May 4, 2023** |
| **Deadline for Filing Local Form 71 "Individual Debtor Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns" (individual cases only)**[9] | **May 4, 2023** |

---

[2] *See* ¶ 3(A); FRBP 2002(b) and 9006(a) and (f).
[3] *See* Local Rule 2016-1(C)(1).
[4] *See* Local Rule 2002-1(C)(9); Fed. R. Bankr. P. 2002 (a)(6), 2002(c)(2); *see also* ¶ 3(B).
[5] *See* Local Rule 3020-1(A).
[6] *See* Local Rule 3018-1(B).
[7] *See* ¶ 5(B).
[8] *See* Local Rule 3020-1(B); *see also* ¶ 3(C).
[9] *See* Local Rule 3020-1(B).

| Deadline for Filing Exhibit Register and Uploading Any Exhibits a Party Intends to Introduce into Evidence at Confirmation Hearing[10] | May 4, 2033 |
|---|---|

### 3. Debtors' Obligations.

**A. Service of solicitation package.** The Debtors must serve a copy of this Order and the Plan, by the deadline listed above, on all creditors, all equity security holders, the subchapter V trustee, the U.S. Trustee, and all other parties in interest, as required by the Bankruptcy Rules (including those entities described in Bankruptcy Rule 3017(f)) and the Local Rules. The Debtors must also serve, along with this order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan," customized as required by Local Rule 3018-1, on all creditors and equity security holders entitled to vote on the Plan. The Debtors must file a certificate of service as required by Local Rule 2002-1(F).

**B. Notice of Fee Applications.** The Debtors must prepare, file, and serve a notice summarizing all timely filed fee applications by the deadline listed above. The notice must identify the name of and the amount sought by each applicant. The notice must be served on all creditors, all equity security holders, and all other parties in interest as required by the Bankruptcy Rules and Local Rules. The Debtors must file a certificate of service as required by Local Rule 2002-1(F).

**C. Proponent's Certificate and Confirmation Affidavit.** The Debtors must file with the Court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit," by the deadline listed above. The Confirmation Affidavit must set forth the facts upon which the Debtors rely to establish that each of the requirements of 11 U.S.C. §§ 1129 and 1191 is satisfied. The Confirmation Affidavit should be prepared so that by reading it, the Court can easily understand the significant terms of the Plan and other material facts relating to confirmation of the Plan. The individual executing the Confirmation Affidavit must be present in person at the Confirmation Hearing.

**D. Failure to Comply with Order.** If the Debtors do not timely comply with any of the requirements of this Order, the Court may impose sanctions at the Confirmation Hearing without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the Plan. The Court will also consider dismissal, removal of the debtor in possession, or conversion at the Confirmation Hearing at the request of any party or on the Court's own motion.

### 4. Deadline for Filing Fee Applications.

To be considered at the Confirmation Hearing, fee applications (with all exhibits) must (A) be timely filed and

---

[10] *See* ¶ 5(A).

served by the deadline listed above on: (i) the Debtors; (ii) the subchapter V trustee; (iii) all committees that have been appointed; and (iv) the United States Trustee, and (B) include an estimate of additional time and costs to be incurred from the end of the application period through confirmation. Any applicant including estimates of additional time and costs must file a supplement before the Confirmation Hearing with documentation supporting the estimated time and costs.

5.   **Evidence.**

A.   **Exhibits and Exhibit Registers.** The Confirmation Hearing is an evidentiary hearing even when confirmation is uncontested.[11] Therefore, the Debtors and any objecting party, if applicable, must file with the Court an Exhibit Register and upload any exhibits the Debtors or objecting party intends to introduce into evidence at the Confirmation Hearing pursuant to Local Rule 9070-1, by the deadline listed above.[12] Notwithstanding Local Rule 9070-1(A)(3), however, any objections to the admissibility of any proposed exhibits for the Confirmation Hearing need not be filed in advance, and instead may be raised for the first time at the Confirmation Hearing.

B.   **Remote Witness Testimony.** Any party wishing to present remote witness testimony must file a motion under Federal Rule of Civil Procedure 43(a), made applicable here by Bankruptcy Rule 9017, by no later than the deadline listed above, setting forth the good cause, compelling circumstances, and appropriate safeguards in place for the Court to permit remote witness testimony.

### # # #

---

[11] Under Federal Rule of Bankruptcy Procedure 3020(b)(2), the Court may determine that the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues, if no objection to confirmation is timely filed.

[12] Exhibit registers should include the final plan as it was served, the confirmation affidavit, the certificate of plan proponent, the certificate of service of the solicitation package, LF-71 (individual cases only), and, if applicable, projections, and the liquidation analysis.