UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov



In re:

**SABRINAS ATLANTIC WINDOW CLEANING AND PRESSURE CLEANING, LLC,**

RACHEL ANN EULER,

Debtors.
_____/

Case No.: 22-18568-SMG
Chapter 11- Lead Case

Jointly Administered
Case No.: 22-bk-18573-SMG

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The plan filed by **Sabrinas Atlantic Window Cleaning and Pressure Cleaning, LLC** on February 1, 2023, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for creditor **Spire Law** for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ General Secured | | $_____ |
| ☒ General Unsecured | Class 3 | ~~$53,852.37~~   $67,935.49 |
| ☐ Bond Holder | | Amount of Bond/debenture $ |
| ☐ Equity Security Holder | | Number of Shares of Stock |

The undersigned [Check One Box]         ☒ Accepts AS AMENDED ☐ Rejects ABOVE

the plan for reorganization of the above-named debtor.

Signed: _____

Print Name:  Jesse I. Unruh, Esquire

Address:     2572 West State Road 426, Suite 2088, Oviedo, FL 32765

Phone:       407-494-0135

Date:        4.6.2023

April 7, 2023



**SPIRE LAW**

Spire Law, PLLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

1 East Broward Boulevard
Suite 700
Ft. Lauderdale, FL, US 33301

**spirelawfirm.com**

*Via US.. Mail*

Clerk of Bankruptcy Court
United States Courthouse
299 E. Broward Blvd
Room 112
Ft. Lauderdale, FL 33301

**In re:** *Sabrinas Atlantic Window Cleaning and Pressure Cleaning, LLC*

**Case No. 22-18568-SMG Chapter 11 – Lead Case
Jointly Administered Case No.: 22-bk-18573-SMG**

**Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan**

Greetings:

Enclosed please find Spire Law PLLC's fully executed Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan document. We ask that you please file and docket this document in Case No. 22-18568-SMG.

Should you have any questions or need any further information, please email me at marcela@spirelawfirm.com or call 407-494-0135.

Kind Regards,

Marcela Poole
Florida Registered Paralegal

Enclosure