UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**In re:**

| | |
|---|---|
| **SABRINAS ATLANTIC WINDOW CLEANING AND PRESSURE CLEANING, LLC,** | **Case No. 22-18568-SMG** <br> **Chapter 11 – Lead Case** |
| | **Jointly Administered** |
| **RACHEL ANN EULER,** | **Case No. 22-18573-SMG** |
| Debtors. _____/ | |

**AGREED MOTION FOR ORDER REFERRING CONTESTED MATTER TO MEDIATION OR JUDICIAL SETTLEMENT CONFERENCE**

Creditor, Atlantic Window Cleaning, Inc. ("Creditor"), pursuant to Local Rule 9019-2, and with the agreement of counsel for the Debtors, moves this Court for entry of an order assigning this case to mediation or, alternatively, referral for a judicial settlement conference by another judge of this Court. In support of this motion, Creditor states as follows:

1. This Court has scheduled a full-day evidentiary hearing for June 13, 2023 to consider the Joint Chapter 11 Subchapter V Plan of Reorganization [D.E. 54 and D.E. 55] filed by the above-referenced Debtors ("Joint Plan") and the Objection to Confirmation of Joint Plan filed by the Creditor [D.E. 103] ("Confirmation Objection").

2. The deadline for objecting to confirmation was April 25, 2023 and no other creditors have filed objections to confirmation of the Joint Plan.

3. Undersigned counsel for Creditor and counsel for the Debtors have conferred about referral of the contested matter created by the Confirmation Objection to mediation and/or a judicial settlement conference before another judge of this Court. Given the various issues related to confirmation and the Confirmation Objection, Debtors and Creditor are in agreement that it is

appropriate for this Court to make such a referral – preferably to another judge of this Court for a judicial settlement conference. At this time, counsel for the Debtors is making inquiries to Judge More, Judge Hyman and Judge Russin to determine their availability to conduct a judicial settlement conference.

4.   In addition to referring the contested matter involving the Confirmation Objection to a judicial settlement conference, Creditor is filing an agreed motion seeking referral of Creditor's adversary proceeding filed against Debtor Rachel Euler objecting to dischargeability of debt (Adversary Proceeding No. 23-01103-SMG) for a judicial settlement conference at the same time because issues related to that adversary proceeding are substantially intertwined with issues related to confirmation of the Joint Plan and the Confirmation Objection. As such, it is likely that resolution of the adversary proceeding and vice versa.

5.   Given the logistics of scheduling a judicial settlement conference (or, if necessary, a conventional mediation) between now and June 13 and in an effort to avoid incurring substantial additional expenses preparing for what will be an involved contested confirmation hearing if the Confirmation Objection is not resolved amicably, Creditor is separately filing an agreed motion to continue the confirmation hearing for approximately sixty (60) days. If the issues between the parties are not resolved so as to permit a consensual plan to proceed to confirmation, there will then be sufficient time to engage in appropriate discovery and otherwise prepare for a contested confirmation hearing.

6.   This motion is made in good faith and not for purposes of delay. Undersigned counsel has presented this motion to counsel for the Debtors for review and represents to the Court that said counsel is in agreement with the grounds set forth above and the relief requested in this motion.

WHEREFORE, Creditor moves for entry of an order referring the contested matter relating to confirmation of the Joint Plan to a judicial settlement conference before another judge of this Court or, alternatively, to mediation and for such other relief as is appropriate.

Date:   May 12, 2023

Respectfully Submitted,
SHUMAKER, LOOP & KENDRICK, LLP
Post Office Box 49948
Sarasota, Florida 34230-6948
941-364-2747 / 941-364-3999 facsimile
*Attorneys for Creditor*

By:   */s/ Mark D. Hildreth*
Mark D. Hildreth
Florida Bar No. 454893
mhildreth@shumaker.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2023, a true and correct copy of the foregoing Agreed Motion for Order Referring Contested Matter to Mediation or Judicial Settlement Conference was filed and served on all parties via the Court's Electronic Notice for Registrants or via U.S. Mail on the Service List below.

By:   */s/ Mark D. Hildreth*
Mark D. Hildreth
Florida Bar No. 454893
mhildreth@shumaker.com

## SERVICE LIST

**Parties Served Via First Class Mail:**

Sabrina's Atlantic Window Cleaning and
Pressure Cleaning, LLC
2075 N. Powerline Road, Suite 4
Pompano Beach, FL 33069

Rachel Ann Euler
3925 Monarch Lane
Coconut Creek, FL 33073