

ORDERED in the Southern District of Florida on May 25, 2023.

_Scott M. Grossman_

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**In re:**

| | |
|---|---|
| **SABRINAS ATLANTIC WINDOW CLEANING AND PRESSURE CLEANING, LLC,** | Case No. 22-18568-SMG<br>Chapter 11 – Lead Case |
| | Jointly Administered |
| **RACHEL ANN EULER,** | Case No. 22-18573-SMG/ |
| Debtors._____/ | |

**ORDER REQUIRING PARTIES TO**
**ATTEND JUDICIAL SETTLEMENT CONFERENCE**

This matter came before the Court for consideration of the Agreed Motion for Order Referring Contested Matter to Mediation or Judicial Settlement Conference (D.E. 110) ("Agreed Motion"). Upon consideration of the Agreed Motion, it is **ORDERED** that:

1. Sabrinas Atlantic Window Cleaning and Pressure Cleaning, LLC and Rachel Ann Euler (collectively, "Debtors") and Atlantic Window Cleaning, Inc. ("AWC") are directed to participate in a judicial settlement conference with respect to the following contested matters:

    (a) Debtors' Joint Chapter 11 Subchapter V Plan of Reorganization (D.E. 54); and

    (b) AWC's Objection to Confirmation of Joint Plan of Reorganization (D.E. 103).

2. To schedule a judicial settlement conference at a mutually agreeable time before the Honorable Peter D. Russin, the parties must contact Melva L. Weldon, Courtroom Deputy at (954) 769-5774.

3. Upon scheduling the judicial settlement conference, Judge Russin will issue a *Notice to Parties Participating in Judicial Settlement Conference* (the "Judicial Settlement Conference Notice") detailing the requirements for participation in the judicial settlement conference. Although the content of and discussions during the judicial settlement conference are to be kept confidential, Judge Russin may report to the Court:

- any failure of a party or its counsel to comply with the Judicial Settlement Conference Notice;
- any required person's failure to appear at the judicial settlement conference; or
- any other act that would potentially constitute an act of bad faith during the judicial settlement conference.

After notice and a hearing, this Court may then assess sanctions (including attorneys' fees and costs) against any non-complying party, attorney, or both.

# # #

Attorney Mark D. Hildreth is directed to serve a copy of this order on all interested parties who do not receive service via CM/ECF and file proof of service within 3 days of the entry of the order.