UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

SABRINAS ATLANTIC WINDOW      Case No.: 22-18568-SMG
CLEANING AND PRESSURE     Chapter 11-Lead Case
CLEANING, LLC,

    Jointly Administered
RACHEL ANN EULER,     Case No.: 22-18573-SMG
        Debtors.
_____/

## CERTIFICATE OF SERVICE

Sabrinas Atlantic Window Cleaning and Pressure Cleaning, LLC, and Rachel Ann Euler, ("Debtors") by and through undersigned counsel, certifies that the Notice to Parties Participating in Judicial Settlement Conference (ECF. 112) was served via CM/ECF notification upon all interested parties registered to receive electronic notification, and via U.S. mail to the party listed below:

### Service List

Notice Service via CM/ECF:

Anthony F. Giuliano on behalf of Interested Party Anthony Funding Metrics LLC
afg@glpcny.com
Mark D. Hildreth, Esq on behalf of Creditor Atlantic Window Cleaning, Inc.
mhildreth@shumaker.com, skerrigan@shumaker.com
Mark D. Hildreth, Esq on behalf of Plaintiff Atlantic Window Cleaning, Inc.
mhildreth@shumaker.com, skerrigan@shumaker.com
Soneet Kapila
trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
Soneet Kapila on behalf of Trustee Soneet Kapila
trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
Michael A. Nardella on behalf of Debtor Sabrinas Atlantic Window Cleaning and Pressure Cleaning, LLC
mnardella@nardellalaw.com, klynch@nardellalaw.com;ksmith@nardellalaw.com
Michael A. Nardella on behalf of Debtor Rachel Ann Euler
mnardella@nardellalaw.com, klynch@nardellalaw.com;ksmith@nardellalaw.com
Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee

martin.p.ochs@usdoj.gov
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov
Lauren G Raines on behalf of Interested Party Vox Funding, LLC
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com
Jonathan M Sykes on behalf of Debtor Sabrinas Atlantic Window Cleaning and Pressure Cleaning, LLC
jsykes@nardellalaw.com, klynch@nardellalaw.com;kcooper@nardellalaw.com
Jonathan M Sykes on behalf of Debtor Rachel Ann Euler
jsykes@nardellalaw.com, klynch@nardellalaw.com;kcooper@nardellalaw.com

<u>Notice Service via U.S. Mail</u>

Jessie I Unruh
Spire Law
2572 West State Rd 426 #2088
Oviedo, FL 32765


Dated: June 6, 2023                    Respectfully submitted,


                                       */s/ Jonathan M. Sykes*
                                       Jonathan M. Sykes, Esquire
                                       Florida Bar No.: 73176
                                       **Nardella & Nardella, PLLC**
                                       135 W. Central Blvd., Suite 300
                                       Orlando, Florida 32801
                                       Telephone: (407) 966-2680
                                       Facsimile: (407) 966-2680
                                       E-mail: jsykes@nardellalaw.com
                                       Secondary Email:  klynch@nardellalaw.com

                                       *Counsel for Debtors*