Fill in this information to identify the case:

Debtor Name __Rachel Ann Euler__

United States Bankruptcy Court for the: Southern District of Florida

Case number: __22-18568__

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __April 2023__

Date report filed: __06/29/2023__
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Rachel Euler

Original signature of responsible party *Rachel Euler*

Printed name of responsible party Rachel Euler

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Rachel Ann Euler                                    Case number  22-18568

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 5,206.25

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 10,634.61

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 10,723.92

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -89.31

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 5,116.94

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 0.00

    *(Exhibit E)*

Debtor Name  Rachel Ann Euler                                    Case number 22-18568

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $  0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          0

27. What is the number of employees as of the date of this monthly report?             0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $  0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $  0.00

30. How much have you paid this month in other professional fees?                                         $  0.00

31. How much have you paid in total other professional fees since filing the case?                        $  0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 9,270.00 | − | $ 10,634.61 | = | $ 1,364.61 |
| 33. **Cash disbursements** | $ 8,506.00 | − | $ 10,723.92 | = | $ -2,217.92 |
| 34. **Net cash flow** | $ 764.00 | − | $ 89.31 | = | $ 853.31 |

35. Total projected cash receipts for the next month:                  $ 7,116.00

36. Total projected cash disbursements for the next month:           - $ 8,506.00

37. Total projected net cash flow for the next month:                 = $ -1,390.00

Debtor Name   Rachel Ann Euler

Case number  22-18568

---

<span style="background:black">     </span> **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 18, 2023 through April 19, 2023

Account Number: ███████7819

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00428773 DRE 021 219 11023 NNNNNNNNNNN  1 000000000 13 0000
RACHEL EULER
DEBTOR IN POSSESSION CASE NO 22-18573
7470 NW 23RD ST
MARGATE FL 33063

## Good news — we've eliminated two fees

We're no longer charging the:

- **Deposited Item Returned or Cashed Check Returned Fee —** This was a $12 fee we charged if an item you deposited or cashed was returned unpaid. We stopped charging this fee as of **December 1, 2022.**

- **Savings Withdrawal Limit Fee —** This was a $5 fee we charged for each withdrawal or transfer (over six) out of a Chase savings account in a monthly statement period, maximum of three fees per monthly statement period. We stopped charging this fee as of **March 19, 2023.**

We're also changing the name **Insufficient Funds Fee** to **Overdraft Fee**. There are no changes to how and when we charge this fee or the ways to avoid this fee.

As we update and remove references to these three fees, you may continue to see them listed in the Chase Mobile® app[1], on chase.com and in other materials.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **-$0.73** |
| Deposits and Additions | 20.00 |
| Fees | -12.00 |
| **Ending Balance** | **$7.27** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | -$0.73 |
| 03/21 | Online Transfer From Chk ...7298 Transaction#: 16884847200 | **20.00** | 19.27 |
| 04/19 | Monthly Service Fee | -12.00 | 7.27 |
| | **Ending Balance** | | **$7.27** |

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A Monthly Service Fee was charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.



- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (You did not have an electronic deposit this statement period)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was -$0.73)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $16.84)

  *Talk to a banker about transferring your balances to Chase today!*

**Stop in today and explore all Chase has to offer.**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 20, 2023 through May 17, 2023

Account Number: ▮▮▮▮ **7819**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00430672 DRE 021 219 13823 NNNNNNNNNN  1 000000000 13 0000
RACHEL EULER
DEBTOR IN POSSESSION CASE NO 22-18573
7470 NW 23RD ST
MARGATE FL 33063



## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $7.27 |
| Deposits and Additions | 12.00 |
| Fees | -12.00 |
| **Ending Balance** | **$7.27** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $7.27 |
| 05/01 | FL Refund of Monthly Service Fee Charged 04-19-2023 | 12.00 | 19.27 |
| 05/17 | Monthly Service Fee | -12.00 | 7.27 |
| | **Ending Balance** | | **$7.27** |

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A Monthly Service Fee was charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.** (You did not have an electronic deposit this statement period)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.** (Your lowest beginning day balance was $7.27)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.** (Your average beginning day balance of qualifying linked deposits and investments was  $14.12)

  *Talk to a banker about transferring your balances to Chase today!*

**Stop in today and explore all Chase has to offer.**



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 21, 2023 through April 20, 2023
Account Number:                    7660

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00359083 DRE 021 219 11123 NNNNNNNNNNN  1 000000000 14 0000
RACHEL EULER
DEBTOR IN POSSESSION CASE NO 22-18573
7470 NW 23RD ST
MARGATE FL 33063



### Good news — we've eliminated two fees

We're no longer charging the:

- **Deposited Item Returned or Cashed Check Returned Fee** — This was a $12 fee we charged if an item you deposited or cashed was returned unpaid. We stopped charging this fee as of **December 1, 2022.**

- **Savings Withdrawal Limit Fee** — This was a $5 fee we charged for each withdrawal or transfer (over six) out of a Chase savings account in a monthly statement period, maximum of three fees per monthly statement period. We stopped charging this fee as of **March 19, 2023.**

We're also changing the name **Insufficient Funds Fee** to **Overdraft Fee**. There are no changes to how and when we charge this fee or the ways to avoid this fee.

As we update and remove references to these three fees, you may continue to see them listed in the Chase Mobile® app[1], on chase.com and in other materials.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

### CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$38.59** |
| Deposits and Additions | 209.99 |
| ATM & Debit Card Withdrawals | -159.27 |
| Electronic Withdrawals | -21.39 |
| Fees | -12.00 |
| **Ending Balance** | **$55.92** |

### TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $38.59 |
| 03/21 | Online Transfer From Chk ...7298 Transaction#: 16884838536 | | 200.00 | 238.59 |
| 03/22 | Card Purchase Card 7981 | 03/22 Amzn Mktp US*Hc8Q74D Amzn.Com/Bill WA | -137.97 | 100.62 |
| 03/23 | Card Purchase 7981 | 03/22 Kindle Unltd*H71A34Jk 888-802-3080 WA Card | -9.99 | 90.63 |


CHASE

March 21, 2023 through April 20, 2023
Account Number:                    7660

## TRANSACTION DETAIL   *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 03/24 | Card Purchase Return    03/23 Kindle Unltd 888-802-3080 WA Card 3416 | 9.99 | 100.62 |
| 03/28 | Card Purchase    03/28 Prime Video*Hy29O5P20 888-802-3080 WA Card 3416 | -11.31 | 89.31 |
| 04/17 | Planet Fit    Club Fees 2310403653128   Web ID: 1710602737 | -21.39 | 67.92 |
| 04/20 | Monthly Service Fee | -12.00 | 55.92 |
| | **Ending Balance** | | **$55.92** |

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A Monthly Service Fee was charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.** (You did not have an electronic deposit this statement period)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.** (Your lowest beginning day balance was $38.59)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.** (Your average beginning day balance of qualifying linked deposits and investments was  $92.28)

    *Talk to a banker about transferring your balances to Chase today!*

**Stop in today and explore all Chase has to offer.**

---

#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 21, 2023 through May 18, 2023

Account Number:                    7660

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00361109 DRE 021 219 13923 NNNNNNNNNNN  1 000000000 14 0000
RACHEL EULER
DEBTOR IN POSSESSION CASE NO 22-18573
7470 NW 23RD ST
MARGATE FL 33063



## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $55.92 |
| Deposits and Additions | 52.00 |
| ATM & Debit Card Withdrawals | -79.98 |
| Fees | -12.00 |
| Ending Balance | $15.94 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $55.92 |
| 04/24 | Online Transfer From Chk ...7298 Transaction#: 17169874061 | 40.00 | 95.92 |
| 04/24 | Recurring Card Purchase 04/22 Ring Yearly Plan Httpsring.Com CA Card 3416 | -79.98 | 15.94 |
| 05/01 | FL Refund of Monthly Service Fee Charged 04-20-2023 | 12.00 | 27.94 |
| 05/18 | Monthly Service Fee | -12.00 | 15.94 |
| | Ending Balance | | $15.94 |

## WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A Monthly Service Fee was charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (You did not have an electronic deposit this statement period)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $15.94)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $28.93)

  *Talk to a banker about transferring your balances to Chase today!*

**Stop in today and explore all Chase has to offer.**



CHASE

April 21, 2023 through May 18, 2023

Account Number: [redacted]7660

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE** ◯
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

March 16, 2023 through April 17, 2023
Account Number:                7298



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00394107 DRE 021 219 10823 NNNNNNNNNNN  1 000000000 11 0000
RACHEL EULER
DEBTOR IN POSSESSION CASE NO 22-18573
7470 NW 23RD ST
MARGATE FL 33063

## Good news — we've eliminated two fees

We're no longer charging the:

- **Deposited Item Returned or Cashed Check Returned Fee —** This was a $12 fee we charged if an item you deposited or cashed was returned unpaid. We stopped charging this fee as of **December 1, 2022.**

- **Savings Withdrawal Limit Fee —** This was a $5 fee we charged for each withdrawal or transfer (over six) out of a Chase savings account in a monthly statement period, maximum of three fees per monthly statement period. We stopped charging this fee as of **March 19, 2023.**

We're also changing the name **Insufficient Funds Fee** to **Overdraft Fee**. There are no changes to how and when we charge this fee or the ways to avoid this fee.

As we update and remove references to these three fees, you may continue to see them listed in the Chase Mobile® app[1], on chase.com and in other materials.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$2,454.50** |
| Deposits and Additions | 11,365.22 |
| ATM & Debit Card Withdrawals | -5,007.32 |
| Electronic Withdrawals | -5,763.49 |
| **Ending Balance** | **$3,048.91** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$2,454.50** |
| 03/16 | Card Purchase 8168 | 03/15 Dance Theatre of Parkl 954-4277217 FL Card | -420.00 | 2,034.50 |
| 03/16 | Card Purchase 8168 | 03/15 City of Coconut Creek 954-973-6732 FL Card | -186.18 | 1,848.32 |
| 03/16 | Card Purchase | 03/16 Comcast Broward 800-266-2278 FL Card 8168 | -392.97 | 1,455.35 |
| 03/16 | Recurring Card Purchase 03/16 Apple.Com/Bill 866-712-7753 CA Card 8168 | | -16.62 | 1,438.73 |

 CHASE ⬛

March 16, 2023 through April 17, 2023
Account Number:　　　　7298

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 03/16 | 03/16 Online Transfer To Chk ...7660 Transaction#: 16842047401 | -200.00 | 1,238.73 |
| 03/17 | Zelle Payment From Misty Herman 16849054336 | 500.00 | 1,738.73 |
| 03/17 | Zelle Payment From Brian A Euler 16855633190 | 315.00 | 2,053.73 |
| 03/20 | Remote Online Deposit        1 | 179.50 | 2,233.23 |
| 03/20 | Remote Online Deposit        1 | 29.00 | 2,262.23 |
| 03/20 | Att        Payment   770358002Myw9S Web ID: 9864031005 | -300.00 | 1,962.23 |
| 03/20 | 03/19 Online Transfer To Chk ...7660 Transaction#: 16866603546 | -300.00 | 1,662.23 |
| 03/20 | Paypal        Inst Xfer Mozillacorp     Web ID: Paypalsi77 | -4.99 | 1,657.24 |
| 03/21 | Card Purchase        03/20 Ic* Instacart*159 888-246-7822 CA Card 8168 | -317.70 | 1,339.54 |
| 03/21 | 03/21 Online Transfer To Chk ...7660 Transaction#: 16884838536 | -200.00 | 1,139.54 |
| 03/21 | 03/21 Online Transfer To Chk ...7819 Transaction#: 16884847200 | -20.00 | 1,119.54 |
| 03/23 | Sabrinas Atlanti Payroll        PPD ID: 1462800242 | 2,191.78 | 3,311.32 |
| 03/23 | Zelle Payment From Maxwell Scott Crain-Perrault Bbt168970714 | 435.00 | 3,746.32 |
| 03/23 | Online Transfer From Gmr ...1320 Transaction#: 16898271803 | 69.21 | 3,815.53 |
| 03/23 | Aci Payments Inc Aci Allyfi 228024335113   Tel ID: 9159601602 | -1,177.60 | 2,637.93 |
| 03/23 | Zelle Payment To Misty 16899560716 | -500.00 | 2,137.93 |
| 03/23 | Paypal        Inst Xfer Weverse     Web ID: Paypalsi77 | -69.21 | 2,068.72 |
| 03/24 | Zelle Payment From Brian A Euler 16912451677 | 200.00 | 2,268.72 |
| 03/24 | Card Purchase        03/24 Apple.Com/Bill 866-712-7753 CA Card 8168 | -6.49 | 2,262.23 |
| 03/24 | Zelle Payment To Marisol Jpm999Ugdd4R | -150.00 | 2,112.23 |
| 03/24 | Paypal        Inst Xfer Targetcorpo     Web ID: Paypalsi77 | -27.81 | 2,084.42 |
| 03/27 | Card Purchase        03/24 Apple.Com/Bill 866-712-7753 CA Card 8168 | -27.06 | 2,057.36 |
| 03/27 | Newyorklife-Aarp Insurance        PPD ID: 1951985500 | -85.21 | 1,972.15 |
| 03/27 | Card Purchase With Pin  03/25 Walgreens Store 4351 Coconut Creek FL Card 8168 | -33.70 | 1,938.45 |
| 03/27 | Card Purchase With Pin  03/26 Rebel#818 Deerfield Bea FL Card 8168 | -64.13 | 1,874.32 |
| 03/28 | Zelle Payment From Maxwell Scott Crain-Perrault Bbt169530750 | 145.00 | 2,019.32 |
| 03/29 | Card Purchase        03/29 Amzn Mktp US*Hy58N8T Amzn.Com/Bill WA Card 8168 | -48.97 | 1,970.35 |
| 03/30 | Card Purchase With Pin  03/30 Coco Creek Mart Coconut Creek FL Card 8168 | -65.12 | 1,905.23 |
| 03/31 | Sabrinas Atlanti Payroll        PPD ID: 1462800242 | 2,191.77 | 4,097.00 |
| 03/31 | Zelle Payment From Sabrinas Atlantic Window Cleaning And 16970539315 | 337.40 | 4,434.40 |
| 04/03 | Zelle Payment From Amanda Janell Samsel Bbt170129414 | 15.00 | 4,449.40 |
| 04/03 | Zelle Payment From Misty Herman 16981992411 | 6.00 | 4,455.40 |
| 04/03 | Card Purchase        04/01 Prime Video *Hy5Hy40S 888-802-3080 WA Card 8168 | -3.39 | 4,452.01 |
| 04/03 | Card Purchase        04/01 Prime Video *Hy3Lt7Xe 888-802-3080 WA Card 8168 | -4.52 | 4,447.49 |
| 04/03 | Card Purchase        04/02 Ic* Instacart*159 888-246-7822 CA Card 8168 | -185.00 | 4,262.49 |
| 04/03 | Card Purchase        04/01 Prime Video *Hy8Ag82D 888-802-3080 WA Card 8168 | -6.78 | 4,255.71 |
| 04/03 | Card Purchase        04/01 Prime Video *Hs2V534O 888-802-3080 WA Card 8168 | -5.65 | 4,250.06 |
| 04/03 | Card Purchase        04/01 Netflix.Com Netflix.Com CA Card 8168 | -21.63 | 4,228.43 |
| 04/03 | Card Purchase        04/02 Ic* Instacart*159 888-246-7822 CA Card 8168 | -18.21 | 4,210.22 |
| 04/03 | Card Purchase        04/02 Prime Video *Hy00X1K0 888-802-3080 WA Card 8168 | -6.78 | 4,203.44 |
| 04/03 | Recurring Card Purchase 04/02 Amazinglash0240 954-7574807 FL Card 8168 | -64.99 | 4,138.45 |
| 04/03 | Recurring Card Purchase 04/02 Amazinglash0240 954-7574807 FL Card 8168 | -65.00 | 4,073.45 |



CHASE ⬡

March 16, 2023 through April 17, 2023
Account Number: ▮▮▮▮ 7298

## TRANSACTION DETAIL   *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 04/03 | Card Purchase With Pin  04/02 Walgreens Store 4351 Coconut Creek FL Card 8168 | -74.66 | 3,998.79 |
| 04/03 | Card Purchase          04/02 Amazinglash0240 954-7574807 FL Card 8168 | -20.00 | 3,978.79 |
| 04/03 | Paypal       Inst Xfer  Etsy Inc     Web ID: Paypalsi77 | -68.82 | 3,909.97 |
| 04/03 | Card Purchase With Pin  04/03 Kohls 1243 6950 N St Coconut Creek FL Card 8168 | -157.01 | 3,752.96 |
| 04/04 | Recurring Card Purchase 04/03 Chewy.Com 800-672-4399 FL Card 8168 | -229.62 | 3,523.34 |
| 04/04 | Card Purchase          04/03 Ic* Instacart*159 888-246-7822 CA Card 8168 | -216.78 | 3,306.56 |
| 04/04 | Florida Kid Care B2P*Florid 64740752      Web ID: 0000415544 | -259.85 | 3,046.71 |
| 04/05 | Card Purchase          04/04 Nationwide Pet Ins 800-872-7387 CA Card 8168 | -262.76 | 2,783.95 |
| 04/05 | Recurring Card Purchase 04/05 Apple.Com/Bill 866-712-7753 CA Card 8168 | -7.75 | 2,776.20 |
| 04/05 | Card Purchase With Pin  04/05 Wm Superc Wal-Mart S Coral Springs FL Card 8168 | -247.87 | 2,528.33 |
| 04/06 | Card Purchase          04/05 Amazon.Com*Hs8Sl4Su0 Amzn.Com/Bill WA Card 8168 | -181.85 | 2,346.48 |
| 04/06 | Card Purchase          04/06 Amzn Mktp US*Hs50C0K Amzn.Com/Bill WA Card 8168 | -61.76 | 2,284.72 |
| 04/06 | Card Purchase          04/06 Amzn Mktp US*Hs53W87 Amzn.Com/Bill WA Card 8168 | -13.54 | 2,271.18 |
| 04/07 | Sabrinas Atlanti Payroll           PPD ID: 1462800242 | 2,191.78 | 4,462.96 |
| 04/07 | Zelle Payment From Brian A Euler 17036340385 | 20.00 | 4,482.96 |
| 04/07 | Card Purchase With Pin  04/07 Shell Service Statio Coconut Creek FL Card 8168 | -74.36 | 4,408.60 |
| 04/10 | Card Purchase          04/07 Amzn Mktp US*Hs0Gl8Q Amzn.Com/Bill WA Card 8168 | -29.96 | 4,378.64 |
| 04/10 | Card Purchase          04/08 Apple.Com/Bill 866-712-7753 CA Card 8168 | -4.99 | 4,373.65 |
| 04/10 | Card Purchase With Pin  04/08 Ulta #1003 Deerfield Bea FL Card 8168 | -270.23 | 4,103.42 |
| 04/10 | Card Purchase With Pin  04/09 Sunoco 04221446 Pompano Beach FL Card 8168 | -76.61 | 4,026.81 |
| 04/10 | Card Purchase          04/10 Amzn Mktp US*Hj0Ph2P Amzn.Com/Bill WA Card 8168 | -23.30 | 4,003.51 |
| 04/11 | Zelle Payment From Amanda Janell Samsel Bbt171383866 | 15.00 | 4,018.51 |
| 04/11 | Att       Payment   048854001Myw9Q  Web ID: 9864031005 | -300.00 | 3,718.51 |
| 04/12 | Zelle Payment From Brian A Euler 17070938419 | 32.00 | 3,750.51 |
| 04/13 | Card Purchase          04/12 Push Health 855-787-4432 CA Card 8168 | -74.99 | 3,675.52 |
| 04/13 | Card Purchase          04/12 Dance Theatre of Browa 954-4344443 FL Card 8168 | -239.68 | 3,435.84 |
| 04/13 | Card Purchase          04/13 Amzn Mktp US*Hj1Ta9M Amzn.Com/Bill WA Card 8168 | -66.31 | 3,369.53 |
| 04/13 | Card Purchase          04/12 Amzn Mktp US*Hj9SJ5A Amzn.Com/Bill WA Card 8168 | -28.88 | 3,340.65 |
| 04/13 | Card Purchase          04/12 Amazinglash0240 954-7574807 FL Card 8168 | -100.00 | 3,240.65 |
| 04/13 | Card Purchase With Pin  04/13 Cvs/Pharmacy #00 004 FT Lauderdale FL Card 8168 | -84.44 | 3,156.21 |
| 04/14 | Sabrinas Atlanti Payroll           PPD ID: 1462800242 | 2,191.78 | 5,347.99 |
| 04/14 | Card Purchase          04/13 Apple.Com/Bill 866-712-7753 CA Card 8168 | -16.48 | 5,331.51 |
| 04/14 | Recurring Card Purchase 04/13 Apple.Com/Bill 866-712-7753 CA Card 8168 | -9.99 | 5,321.52 |
| 04/14 | Card Purchase          04/13 Chevron 0304988 Pompano Beach FL Card 8168 | -52.61 | 5,268.91 |
| 04/14 | 04/14 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Jose Figueiredo Newark NJ 07105 US Ref: Rent/Bnf/Rent Imad: 0414B1Qgc08C003512 Trn: 3138043104Es | -2,000.00 | 3,268.91 |
| 04/17 | Zelle Payment From Brian A Euler 17115345044 | 300.00 | 3,568.91 |



**CHASE ❖**

March 16, 2023 through April 17, 2023

Account Number:                     **7298**

---

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 04/17 | Card Purchase       04/15 Dance Theatre of Parkl 954-4277217 FL Card 8168 | | -420.00 | 3,148.91 |
| 04/17 | Zelle Payment To Brian 17115133266 | | -25.00 | 3,123.91 |
| 04/17 | Zelle Payment To Brian 17115160640 | | -75.00 | 3,048.91 |
| | **Ending Balance** | | | **$3,048.91** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (Your total electronic deposits this period were $8,767.11. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $1,119.54)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $2,854.46)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE** 🔾

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

April 18, 2023 through May 15, 2023

Account Number:  **7298**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00396080 DRE 021 219 13623 NNNNNNNNNNN  1 000000000 11 0000
RACHEL EULER
DEBTOR IN POSSESSION CASE NO 22-18573
7470 NW 23RD ST
MARGATE FL 33063



## CHECKING SUMMARY     Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $3,048.91 |
| Deposits and Additions | 9,571.95 |
| ATM & Debit Card Withdrawals | -5,731.53 |
| Electronic Withdrawals | -5,214.11 |
| **Ending Balance** | **$1,675.22** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$3,048.91** |
| 04/18 | Card Purchase 8168 | 04/17 City of Coconut Creek 954-973-6732 FL Card | -145.67 | 2,903.24 |
| 04/18 | Card Purchase | 04/18 Apple.Com/Bill 866-712-7753 CA Card 8168 | -39.61 | 2,863.63 |
| 04/18 | Card Purchase 8168 | 04/17 Recs Coral Springs-Mea 954-3691179 FL Card | -52.75 | 2,810.88 |
| 04/18 | Card Purchase 8168 | 04/17 Recs Coral Springs Int 561-2285242 FL Card | -100.00 | 2,710.88 |
| 04/19 | Zelle Payment From Maxwell Scott Crain-Perrault Bbt172494515 | | 290.00 | 3,000.88 |
| 04/19 | Card Purchase | 04/18 Ic* Instacart 888-246-7822 CA Card 8168 | -65.25 | 2,935.63 |
| 04/19 | Card Purchase Card 8168 | 04/19 Prime Video*Hv3Lm3Qz0 888-802-3080 WA | -16.98 | 2,918.65 |
| 04/19 | Fpl Direct Debit Elec Pymt 4137443430 Webi Web ID: 3590247775 | | -258.67 | 2,659.98 |
| 04/20 | Zelle Payment From Misty Herman 17138653511 | | 20.00 | 2,679.98 |
| 04/20 | Zelle Payment From Amanda Janell Samsel Bbt172628042 | | 15.00 | 2,694.98 |
| 04/20 | Card Purchase | 04/20 Chewy.Com 800-672-4399 FL Card 8168 | -119.30 | 2,575.68 |
| 04/20 | Card Purchase | 04/20 Comcast Broward 800-266-2278 FL Card 8168 | -380.18 | 2,195.50 |
| 04/20 | Paypal | Inst Xfer Mozillacorp    Web ID: Paypalsi77 | -4.99 | 2,190.51 |
| 04/21 | Sabrinas Atlanti Payroll | PPD ID: 1462800242 | 2,191.77 | 4,382.28 |
| 04/21 | Zelle Payment From Sabrinas Atlantic Window Cleaning And 17150973987 | | 743.00 | 5,125.28 |
| 04/21 | Card Purchase | 04/20 Bhpg Ip Med Grp Fort Lauderda FL Card 8168 | -45.00 | 5,080.28 |
| 04/21 | Card Purchase | 04/20 Uber  Eats Help.Uber.Com CA Card 8168 | -83.55 | 4,996.73 |
| 04/21 | 04/21 Online Transfer To Gmr ...1320 Transaction#: 17150989266 | | -743.00 | 4,253.73 |
| 04/24 | Card Purchase Return  04/22 Gofundme Let S Help L Redwood City CA Card 8168 | | 57.50 | 4,311.23 |



CHASE 🏦

April 18, 2023 through May 15, 2023
Account Number:     7298

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|-------:|--------:|
| 04/24 | Zelle Payment From Brian A Euler 17169098845 | | 112.00 | 4,423.23 |
| 04/24 | Card Purchase | 04/21 North Pavilion Parki Deerfield Bea FL Card 8168 | -3.00 | 4,420.23 |
| 04/24 | Card Purchase With Pin  04/22 Publix Super Mar 627 Coral Springs FL Card 8168 | | -472.45 | 3,947.78 |
| 04/24 | Card Purchase | 04/22 Foreyes Optical Csf- Coral Springs FL Card 8168 | -224.00 | 3,723.78 |
| 04/24 | Card Purchase | 04/23 Ic* Instacart 888-246-7822 CA Card 8168 | -24.82 | 3,698.96 |
| 04/24 | Card Purchase | 04/23 Prime Video *Hf14M44C 888-802-3080 WA Card 8168 | -7.92 | 3,691.04 |
| 04/24 | Card Purchase | 04/23 Apple.Com/Bill 866-712-7753 CA Card 8168 | -6.49 | 3,684.55 |
| 04/24 | Card Purchase | 04/23 Prime Video *Hf3Xg91F 888-802-3080 WA Card 8168 | -6.78 | 3,677.77 |
| 04/24 | 04/24 Online Transfer To Chk ...7660 Transaction#: 17169874061 | | -40.00 | 3,637.77 |
| 04/25 | Card Purchase | 04/24 Apple.Com/Bill 866-712-7753 CA Card 8168 | -27.06 | 3,610.71 |
| 04/25 | Card Purchase | 04/24 Paypal *Brandymelvi 402-935-7733 CA Card 8168 | -27.29 | 3,583.42 |
| 04/25 | Aci Payments Inc Aci Allyfi 228024335113   Tel ID: 9159601602 | | -604.00 | 2,979.42 |
| 04/25 | Att         Payment  214217002Myw9E  Web ID: 9864031005 | | -225.00 | 2,754.42 |
| 04/27 | Zelle Payment From Amanda Janell Samsel Bbi173449956 | | 40.00 | 2,794.42 |
| 04/27 | Recurring Card Purchase 04/27 Factor 888-573-5727 NY Card 8168 | | -85.93 | 2,708.49 |
| 04/27 | Newyorklife-Aarp Insurance         PPD ID: 1951985500 | | -119.88 | 2,588.61 |
| 04/27 | Recurring Card Purchase 04/27 Factor 888-573-5727 NY Card 8168 | | -9.99 | 2,578.62 |
| 04/27 | Recurring Card Purchase 04/27 Factor 888-573-5727 NY Card 8168 | | -69.98 | 2,508.64 |
| 04/28 | Sabrinas Atlanti Payroll         PPD ID: 1462800242 | | 2,191.78 | 4,700.42 |
| 04/28 | Zelle Payment From Hannah Stetsko 17203046979 | | 198.00 | 4,898.42 |
| 04/28 | Zelle Payment From Tyler Stetsko Bacdsjqfze1L | | 4.00 | 4,902.42 |
| 04/28 | Card Purchase | 04/27 Allied Doors South F Pompano Beach FL Card 8168 | -455.00 | 4,447.42 |
| 04/28 | Card Purchase | 04/28 Amazon Digit*Hf9Io3Ui 888-802-3080 WA Card 8168 | -5.65 | 4,441.77 |
| 04/28 | Card Purchase | 04/28 Prime Video*Hm1Zd3Ld0 888-802-3080 WA Card 8168 | -11.31 | 4,430.46 |
| 05/01 | Recurring Card Purchase 04/29 Netflix.Com Netflix.Com CA Card 8168 | | -21.63 | 4,408.83 |
| 05/01 | Card Purchase | 04/30 Ic* Instacart*159 888-246-7822 CA Card 8168 | -155.17 | 4,253.66 |
| 05/01 | Card Purchase | 04/30 Ic* Instacart*159 888-246-7822 CA Card 8168 | -54.20 | 4,199.46 |
| 05/01 | Card Purchase | 05/01 Amzn Mktp US*Hm94Z1A Amzn.Com/Bill WA Card 8168 | -139.36 | 4,060.10 |
| 05/01 | Card Purchase | 04/29 Prime Video *Hm1Kz01S 888-802-3080 WA Card 8168 | -22.64 | 4,037.46 |
| 05/01 | Card Purchase | 05/01 Amzn Mktp US*Hm5UT08 Amzn.Com/Bill WA Card 8168 | -87.19 | 3,950.27 |
| 05/01 | Recurring Card Purchase 04/30 Amazinglash0240 954-7574807 FL Card 8168 | | -129.99 | 3,820.28 |
| 05/01 | Card Purchase With Pin  04/30 Shell Service Statio Coconut Creek FL Card 8168 | | -78.31 | 3,741.97 |
| 05/01 | Card Purchase With Pin  04/30 Walgreens Store 4351 Coconut Creek FL Card 8168 | | -42.79 | 3,699.18 |
| 05/01 | Recurring Card Purchase 05/01 Chewy.Com 800-672-4399 FL Card 8168 | | -229.62 | 3,469.56 |
| 05/02 | Card Purchase | 05/01 Dance Theatre of Parki 954-4277217 FL Card 8168 | -420.00 | 3,049.56 |
| 05/02 | Card Purchase | 05/01 Sq *Dope Doctors LLC Gosq.Com FL Card 8168 | -241.25 | 2,808.31 |
| 05/02 | Card Purchase | 05/02 Prime Video *497Jt6D7 888-802-3080 WA Card 8168 | -5.65 | 2,802.66 |

 CHASE ⬠

April 18, 2023 through May 15, 2023

Account Number: 7298



## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 05/02 | Fpl Direct Debit Elec Pymt | PPD ID: 3590247775 | -258.22 | 2,544.44 |
| 05/03 | Card Purchase Return   05/03 Factor 888-573-5727 NY Card 8168 | | 49.99 | 2,594.43 |
| 05/03 | Florida Kid Care B2P*Florid 65791791 | Web ID: 0000415544 | -260.35 | 2,334.08 |
| 05/04 | Recurring Card Purchase 05/04 Factor 888-573-5727 NY Card 8168 | | -110.91 | 2,223.17 |
| 05/04 | Recurring Card Purchase 05/04 Factor75 188-857-3572 IL Card 8168 | | -35.99 | 2,187.18 |
| 05/04 | Card Purchase          05/04 Prime Video *X126V8Yt 888-802-3080 WA Card 8168 | | -3.99 | 2,183.19 |
| 05/05 | Sabrinas Atlanti Payroll | PPD ID: 1462800242 | 1,779.45 | 3,962.64 |
| 05/05 | Card Purchase          05/04 Nationwide Pet Ins 800-872-7387 CA Card 8168 | | -212.27 | 3,750.37 |
| 05/05 | Recurring Card Purchase 05/05 Apple.Com/Bill 866-712-7753 CA Card 8168 | | -7.75 | 3,742.62 |
| 05/05 | Card Purchase          05/05 Apple.Com/Bill 866-712-7753 CA Card 8168 | | -39.99 | 3,702.63 |
| 05/05 | Card Purchase          05/05 Pet Vet Animal Hospit 185-57272395 ME Card 8168 | | -90.92 | 3,611.71 |
| 05/08 | Online Transfer From Gmr ...1320 Transaction#: 17299200712 | | 100.00 | 3,711.71 |
| 05/08 | Card Purchase With Pin  05/06 Cvs/Pharm 04022--210 E Charlotte NC Card 8168 | | -34.82 | 3,676.89 |
| 05/08 | Card Purchase          05/07 Apple.Com/Bill 866-712-7753 CA Card 8168 | | -4.99 | 3,671.90 |
| 05/08 | 05/08 Online Transfer To Gmr ...1320 Transaction#: 17296903868 | | -100.00 | 3,571.90 |
| 05/08 | Card Purchase With Pin  05/08 Lowe's #704 Coral Springs FL Card 8168 | | -28.84 | 3,543.06 |
| 05/09 | 05/09 Online Payment 17247555514 To Ally Financial, Inc. | | -600.00 | 2,943.06 |
| 05/10 | Card Purchase With Pin  05/10 Speedway  2350 N Pow Pompano Beach FL Card 8168 | | -45.89 | 2,897.17 |
| 05/11 | Card Purchase          05/10 Loews Hotels 888-3206065 FL Card 8168 | | -392.63 | 2,504.54 |
| 05/11 | Recurring Card Purchase 05/11 Factor75 188-857-3572 IL Card 8168 | | -110.91 | 2,393.63 |
| 05/11 | Recurring Card Purchase 05/11 Factor 888-573-5727 NY Card 8168 | | -71.97 | 2,321.66 |
| 05/12 | Sabrinas Atlanti Payroll | PPD ID: 1462800242 | 1,779.46 | 4,101.12 |
| 05/12 | Card Purchase          05/12 Apple.Com/Bill 866-712-7753 CA Card 8168 | | -6.97 | 4,094.15 |
| 05/15 | Card Purchase          05/12 Uber  Eats Help.Uber.Com CA Card 8168 | | -53.40 | 4,040.75 |
| 05/15 | Card Purchase          05/13 Apple.Com/Bill 800-275-2273 CA Card 8168 | | -4.99 | 4,035.76 |
| 05/15 | Recurring Card Purchase 05/13 Apple.Com/Bill 866-712-7753 CA Card 8168 | | -9.99 | 4,025.77 |
| 05/15 | Card Purchase With Pin  05/13 Walgreens Store 4351 Coconut Creek FL Card 8168 | | -122.90 | 3,902.87 |
| 05/15 | Card Purchase          05/13 Amazon.Com*6B71Y4Es3 Amzn.Com/Bill WA Card 8168 | | -105.93 | 3,796.94 |
| 05/15 | Card Purchase          05/13 Texas Roadhouse #2587 O Olo.Com FL Card 8168 | | -76.78 | 3,720.16 |
| 05/15 | Card Purchase          05/13 Target          000214 Coral Springs FL Card 8168 | | -44.94 | 3,675.22 |
| 05/15 | 05/15 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Jose Figueiredo Newark NJ 07105 US Ref: Rent/Bnf/Rent Imad: 0515B1Qgc08C005695 Trn: 3091983135Es | | -2,000.00 | 1,675.22 |
| | **Ending Balance** | | | **$1,675.22** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.** (Your total electronic deposits this period were $10,134.24. Note: some deposits may be listed on your previous statement)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.** (Your lowest beginning day balance was $2,183.19)



April 18, 2023 through May 15, 2023
Account Number: ███████████ 7298

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $3,782.22)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new acccunts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

## Banking Summary - Last month
### 4/1/2023 through 4/30/2023

5/30/2023

Page 1

| Category | 4/1/2023-4/30/2023 |
|---|---|
| **INCOME** | |
| Net Salary | 8,767.11 |
| Other Inc | 57.50 |
|    briana's paycheck | 743.00 |
|    family adv repay | 198.00 |
|    money owed towards a split bill | 71.00 |
|    money towards grocerys | 498.00 |
|    towards child care briana | 300.00 |
|    TOTAL Other Inc | 1,867.50 |
| **TOTAL INCOME** | **10,634.61** |
| | |
| **EXPENSES** | |
| ACCT TO ACCT TRANSFER | 0.00 |
| CABLE-INTERNET | 380.18 |
| CAR INSURANCE | 100.00 |
| car payment | 604.00 |
| CHILD CARE | 812.43 |
| Entertainment | 162.43 |
|    Movies & DVDs | 6.78 |
|    TOTAL Entertainment | 169.21 |
| FAMILY ADVANCE | 743.00 |
| Fees & Charges | 24.00 |
| FPL | 258.67 |
| FUEL | 203.58 |
| groceries-household exps | 2,105.07 |
| HEALTH INSURANCE | 259.85 |
| HOME REPAIRS | 455.00 |
| LIFE INSURANCE | 119.88 |
| MEDICAL | 503.09 |
| Misc. Expense (Business) | 4.99 |
| Personal Care | 541.61 |
| PET CARE | 348.92 |
| PET INSURANCE | 262.76 |
| PHONE | 525.00 |
| RENT | 2,000.00 |
| Shopping | |

## Banking Summary - Last month
### 4/1/2023 through 4/30/2023

| Category | 4/1/2023-<br>4/30/2023 |
|---|---|
| Clothing | 157.01 |
| TOTAL Shopping | 157.01 |
| WATER | 145.67 |
| **TOTAL EXPENSES** | **10,723.92** |
| | |
| **OVERALL TOTAL** | **-89.31** |