

**ORDERED in the Southern District of Florida on October 20, 2023.**

_____
Scott M. Grossman, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| SABRINAS ATLANTIC WINDOW CLEANING AND PRESSURE CLEANING, LLC, | Case No.: 22-18568-SMG Chapter 11-Lead Case |
| RACHEL ANN EULER, Debtors. _____/ | Jointly Administered Case No.: 22-18573-SMG |

**ORDER APPROVING THE FINAL FEE APPLICATION AND SUPPLEMENT TO THE FINAL FEE APPLICATION OF NARDELLA & NARDELLA, PLLC**

This case came before the Court on October 17, 2023 at 9:30 a.m. on the following Applications of Nardella & Nardella, PLLC ("Applicant"): (i) Amended Application for Compensation and Reimbursement of Fees by Attorneys for the Debtor (the "Interim Fee Application") (ECF No. 82) for the period of November 3, 2022 through April 12, 2023; (ii) Final

1

Application for Compensation and Reimbursement of Expenses By Attorneys for the Debtor (the "Final Fee Application") (ECF No.140) for the period of April 13, 2023 through September 18, 2023; and (iii) Supplement to Final Application for Compensation of Fees and Expenses by Attorneys for the Debtor (ECF No. 163) (the "Supplement," and together with the Interim Fee Application and the Final Fee Application, the "Fee Applications") for the Period of September 19, 2023 through October 15, 2023.  After reviewing the Fee Applications and the record in this case, considering the arguments of counsel at the hearing, and for the reasons stated on the record at the hearing, and being otherwise fully advised, the Court finds that the compensation sought appears to be for actual, necessary services rendered by the Applicant.  Accordingly, it is hereby,

      **ORDERED** as follows:

      1.      The Applications are **GRANTED** and all amounts sought by the Applicant in this case are **APPROVED** on a final basis.

      2.      The Applicant's fees in the amount of $101,319.00 and expenses in the amount of $6,371.64 are awarded on a final basis, for a total award of $107,690.64.

      3.      The Applicant is authorized to immediately apply the balance of its retainers in the amount of $12,545.03 to the payment of fees and expenses awarded herein.

      4.      The Debtors are authorized and directed to pay Nardella & Nardella, PLLC the balance of all fees and expenses awarded herein, in accordance with the terms of the confirmed Plan, which balance equals $95,145.61.

      5.      In making the foregoing award, the Court has evaluated the factors set forth in *In re First Colonial Corp.,* 544 F.2d 11291 (5th Cir. 1977); and *Johnson v. Georgia Highway Express, Inc.* 488 f.2d 714 (5th Cir. 1974); and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expensed incurred by Nardella &

Nardella, PLLC as attorneys for the Debtors, and that Nardella & Nardella, PLLC's hourly rate and the amount of hours dedicated to this case were reasonable and appropriate.

###

<u>Submitted by:</u>
Jonathan M. Sykes, Esq.
*Counsel for the Debtors*
135 W. Central Blvd., Ste 300
Orlando, FL 32801
Telephone: 407-966-2680
Email: jsykes@nardellalaw.com
Secondary email: klynch@nardellalaw.com

Attorney Sykes is directed to serve a copy of this order on all interested parties and file a Certificate of Service with the Court.